■ CELIA BAKERMAN, as Administratrix of the Estate of SEYMOUR J. KLEIN, Deceased, Appellant, v CITY OF NEW YORK et al., Respondents. TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Defendant and Interpleading Plaintiff-Respondent, v BERTHE KLIPSTEIN, Interpleaded Defendant-Respondent. — Judgment, Supreme Court, New York County (Bernard Nadel, J.), entered on May 27, 1983, unanimously affirmed for the reasons stated by B. Nadel, J., at Special Term, without costs and without disbursements. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Lynch, JJ.